■ COUDERT BROTHERS, Appellant, v JOHN H. MALMROSE et al., Respondents. [700 NYS2d 698] —Order, Supreme Court, New York County (Herman Cahn, J.), entered December 21, 1998, which, to the extent appealed from as limited by the brief, after a full evidentiary hearing, granted defendant Malmrose's motion to dismiss the complaint as against him for lack of personal jurisdiction, unanimously affirmed, with costs.

The motion court properly dismissed the complaint against defendant Malmrose based on plaintiff's failure to establish at the pretrial hearing that Malmrose, who is not a New York resident, had transacted business within the State, subjecting him to jurisdiction pursuant to CPLR 302 (a) (1), or that he had committed a tort within the State, subjecting him to jurisdiction pursuant to CPLR 302 (a) (2).

The court properly exercised its broad discretion in supervising the discovery process (see, Allen v Crowell-Collier Publ. Co., 21 NY2d 403, 406) when it limited disclosure to the jurisdictional issue. Concur—Nardelli, J. P., Tom, Lerner, Rubin and Saxe, JJ.

■ In the Matter of GEORGE RUBIANO, Appellant, v NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al., Respondents. [700 NYS2d 694] —Order and judgment (one paper), Supreme Court, New York County (Jane Solomon, J.), entered October 30, 1998, which denied petitioner's application pursuant to CPLR article 78 to annul the denial of his application for accident disability retirement benefits, and dismissed the petition, unanimously affirmed, without costs.

The determination of respondent's Medical Board that petitioner was not incapacitated for the performance of city-service was predicated upon "some credible evidence" and, accordingly, respondent's determination denying petitioner accident disability retirement benefits was not arbitrary and capricious and may not be disturbed (Matter of Borenstein v New York City Empls. Retirement Sys., 88 NY2d 756,760-761; Matter of Salem v New York City Empls. Retirement Sys., 237 AD2d 120, lv denied 90 NY2d 802). Concur—Nardelli, J. P., Tom, Lerner, Rubin and Saxe, JJ.